IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SCOTT DIDONATO : CIVIL ACTION
:
:
v. :
:
UNITED STATES OF AMERICA : NO. 10-5760

ORDER

AND NOW, this 31st day of March, 2011, upon consideration of the defendant's Motion to Dismiss (Docket No. 5), the opposition and reply thereto, and following oral argument held on March 30, 2011, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the motion is GRANTED. The Clerk of Court is directed to mark this case as closed.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.